UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    V.

CURRENCY $19,000.00,

    Defendants.
_____/

CIVIL NO. 06-15362
HON. NANCY G. EDMUNDS

### ORDER STRIKING DOCUMENT [#3]

The Court has been notified that Plaintiff's Amended Complaint [#3] was filed with the wrong image:

THEREFORE, the Amended Complaint is stricken from the record and the Clerk of Court is directed to remove the image from the ECF system. The Clerk's Office shall correct the docket to reinstate Currency $19,000.00 and terminate Currency $10,600.00 and Currency $8,611.00.

    SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: January 10, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 10, 2007, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager